UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.                                                    Case No. 20-cv-449-JL

Town of Wolfeboro, NH, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 2, 2021.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: August 11, 2021

cc:   Josephine Amatucci, pro se